FILED
2005 Oct-06 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
05 SEP 22 PM 1:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States
District Court
Northern District

Jimmy Frank Cameron
   plantiff

v.                                                      Case No.

Eric C Laney                                   CV-05-TMP-2093-W
Et, All
               Defendants

## Motion for Restraining Order.

Come Now Jimmy Frank Cameron in The Above Style Cause; And Does Ask This Honorable Court To Issue A Restraining Order Against The Department of corrections officers. To Stop All The Psychial Abuse That is being Done To All The <u>white</u> and Black Inmates At Ventress correctional facility!" On 9-11-05 At About 6:15 Am Officer Alexander A Black Lady got on The microphone in 6 Dorm A Treatment Dorm. And <u>It</u> Turned The mic wide opened Started yelling Into The mic for every body To get Ready for Breakfast And <u>All</u>! The inmates started yelling

for The microphone To be Turned Down! Officer Alexander Then got Back on The mic. and started saying All Kind of improper Things To The Inmates. Then The Inmates were called To Breakfast. At About 6:45 Am. When The Inmates Returned from Breakfast Ms. Alexander was Standing out side The Dorm. A Black inmate walk up To Her And Gave her A sheet of Paper with some Bed numbers on it. Ms Alexander came in side The Dorm! 6 Dorm and Started Calling Bed numbers Bed 1 Bed 8 Bed 16 Bed 17 Bed 4. All white Inmates. All The Inmate were Taken To The Lobby and Hand cuffed and Told To Face The Wall. Then Another Black officer Officer Holland came in and started Slapping All The Inmates on The side of The Head (While we were still Hand cuffed). for no Apperent Reason. All five Inmate were Taken To The Ventress Hospital where All five were Given Body Charts. while All five were Cursed and Push Around and Being Told How sorry All of us were. And That we were going To be Placed in Lock up for something". We were Taken To The Shift office were we were Pushed Around and Threated with more Abuse we were still in Hand cuffs After about a Hour and A Half All five were Put Back in 6 Dorm. Where 4 of us are still here

All 5 of us were Trying To complete Dual Diagnosis so all of us can get out of Prison in some way. All five of us white inmates were Assaulted cursed and Pushed arouns for no apperent Reason other Than Being white. All five Inmate would like To Complete Dual Diagnosis 11-10-05 before any Retalention from The Dept of Correction. Because of This motion are The other Civil Action That is going To be Taken by ME! So Please order That all five Inmate That were Asaulted not be Transfered until after our Graduation Day 11-10-05. Petitione Pray That This Honorable court Take Action in This matter. Petitioner feel it is Because of The Present Law suit That all the psychical Abuse is being Done To him

Date 9-19-05

105791

Jimmy F Cameron