To The United States District Court
FILED Northern District of Alabama

2005 OCT 17 PM 3:31

Jimmy F. Cameron

v

Holland                         Case No.        CV-05-TMP-2093-W

Motion To Advise
Honorable Court

To Let The Honorable Court That I have Already started a civil Action in The middle District of Ala civil Action No 205-CV-920-F Filed 9-22-05 and have a Order From The middle District Court on The same incendent I filed a civil Action Against commissioned Donel Campbell warden JC Giles officer Holland e officer Alexander. This is Just To Inform This Honorable court of civil Action Already Taken

Jimmy Cameron