IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:05-cv-02093-TMP |
| ) | |
| ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge filed a report and recommendation on October 13, 2005, recommending that this action be transferred to the United States District Court for the Middle District District of Alabama. The plaintiff filed a response on October 17, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

Done this 31st day of October 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153