IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1053-F |
| ) | |
| ERIC C. LANEY, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff, a state inmate, filed a 42 U.S.C. § 1983 action challenging actions taken against at the Ventress Correctional Facility. However, the plaintiff did not file the $250.00 filing fee nor did he submit an original affidavit in support of a motion for leave to proceed *in forma pauperis* with the requisite documentation from the prison account clerk. Thus, the pleadings filed by the plaintiff fail to provide the court with the information necessary for a determination of whether the plaintiff should be allowed to proceed *in forma pauperis* in this cause of action. Accordingly, it is

ORDERED that on or before November 17, 2005 the plaintiff shall file either the appropriate affidavit in support of his motion for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Ventress Correctional Facility showing the average monthly balance in plaintiff's prison account for the 6-month period immediately preceding the filing of this complaint and the average

monthly deposits to plaintiff's account during the past six months *or* the $250.00 filing fee. To aid the plaintiff in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

The plaintiff is advised that under the provisions of 28 U.S.C. § 1915(b)(1), he is required to pay the full amount of the $250.00 filing fee either from funds presently available to him or from any funds that become available to him in the future. The plaintiff is therefore cautioned that if he fails to comply with this order the Magistrate Judge will recommend that this case be dismissed. **The plaintiff is further advised that if he does not wish to proceed in this cause of action, he may file a motion to dismiss and the court will not assess payment of the requisite filing fee for this case**.[1]

DONE, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff initiated this cause of action in the United States District Court for the Northern District of Alabama by filing a motion for temporary restraining order which the court construed as a complaint filed under 42 U.S.C. § 1983. Based on the claims presented by the plaintiff in this pleading, the Northern District transferred the case to this court for disposition. In response to actions taken by such other court, the plaintiff advised that he had a case pending in this court addressing the instant claims for relief. *See Cameron v. Campbell, et al.*, 2:05-CV-920-F. Thus, the court notes that the plaintiff may not wish to proceed in two separate actions before this court. Dismissal of this case will not in any way effect the complaint pending in *Cameron v. Campbell, et al.*, *supra*.