United States District Court
for the middle District of Alabama
Northern Division

RECEIVED
2005 NOV 10 A 9:42

Jimmy Frank Cameron
plantiff

v

Case No. 205-CV-1053-F

Eric C. Laney Et. Al

Defendants

Come now Jimmy F Cameron to advise this Honorable court that the motion for a Restraining order filed in District Court in Birmingham be voided! However plantiff would like to proceed with the civil action against Eric C. Laney Et. Al. the above defendants if at all possible. Plantiff would like to thank this Honorable court for its patience in working with plantiff since plantiff is not very learned in civil action laws!!

11-3-05                                    Jimmy Cameron