IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
                                 )
    Plaintiff,               )
                                 )
v.                               )    CIVIL ACTION NO. 2:05cv1053-MEF
                                 )         (WO)
ERIC C. LANEY, et al.,           )
                                 )
    Defendants.              )

## FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the

recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice for

Cameron's failure to comply with the orders of this court.

Done this the 27th day of January, 2006.


                         /s/ Mark E. Fuller
                  CHIEF UNITED STATES DISTRICT JUDGE